## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 14th day of February, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

James B. Dressel, President
*Sunbelt Rentals, Inc.*
P.O. Box 410328
Charlotte, NC 28241

*Sunbelt Rentals, Inc.*
Attn:   CT Corporation Systems
208 South LaSalle Street, Suite 814
Chicago, IL 60604-1101


_____
Mary E. Augustine (No. 4477)

617355v1